HIGGINS v. MAYOR, ETC., OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by J. J. Higgins against the mayor, etc., of the city of New York. No opinion. Motion granted, with $10 costs. See 46 N. Y. Supp. 1093.

HIGGINS, Appellant, v. TEFFT et al., Respondents. (Supreme Court, Appellate Division, First Department. May 21, 1897.) Action by Francis Higgins, as receiver, against William E. Tefft, impleaded, etc. T. C. T. Crain, for appellant. J. H. Choate, for respondent. No opinion. Judgment affirmed, with costs. See 38 N. Y. Supp. 716.

HILL, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Thomas Hill, Jr., against Abram L. Warner. No opinion. Order affirmed, with $10 costs and disbursements. See 42 N. Y. Supp. 1126.

HIRSH, Appellant, v. ROE, Respondent. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) Action by Alexander Hirsh against Gilson G. Roe, the name "Gilson" being fictitious. No opinion. Order affirmed, with $10 costs and disbursements.

HOEFLER, Respondent, v. HOEFLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Mary E. Hoefler against Mary R. Hoefler. No opinion. Judgment and order affirmed, with costs. See 42 N. Y. Supp. 1035.

HUNTLEY MANUF'G CO., Appellant, v. FT. STANWIX CANNING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by the Huntley Manufacturing Company against the Ft. Stanwix Canning Company. No opinion. Order affirmed, with $10 costs and disbursements.

IBBOTSON v. HAMILTON. (Supreme Court, Appellate Division, First Department. May 21, 1897.) Action by Marshall Ibbotson against Cornelius Hamilton. No opinion. Motion granted, with $10 costs.

JAMES v. HORN. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by Mary C. James against James T. Horn. No opinion. Motion granted. See 46 N. Y. Supp. 187.

JOHNSTON v. MEANY. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) Action by Robert A. Johnston against Joseph Meany, as executor, etc. No opinion. Motion denied, without prejudice to renew the same. See 45 N. Y. Supp. 1142.

KEARNS, Respondent, v. SUN PRINTING & PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Eugene Kearns against the Sun Printing & Publishing Company. No opinion. Judgment affirmed, with costs.

KEEFER, Appellant, v. McDOWELL, Respondent. (Supreme Court, Appellate Division, Third Department. September 28, 1897.) Action by Walter F. Keefer against Russell J. McDowell. No opinion. Judgment of the county court affirmed, with costs.

In re KEENAN'S WILL. (Supreme Court, Appellate Division, Third Department. May 5, 1897.) In the matter of the last will and testament of John Keenan, deceased. No opinion. Motion granted, upon payment of $10 costs.

KELLY, Appellant, v. CONNECTICUT MUTUAL LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 11, 1897.) Action by Joseph Kelly against the Connecticut Mutual Life Insurance Company. No opinion. Order affirmed, with $10 costs and disbursements.

KENNY et al., Respondents, v. SYKES, Appellant. (Supreme Court, Appellate Division, First Department. October 22, 1897.) Action by Bridget Kenny and another against Jerome Sykes. C. C. Werner, for respondents. No opinion. Judgment affirmed, with costs.

KENYON, Appellant, v. HOOKWAY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by George G. Kenyon against Willard E. Hookway. No opinion. Judgment affirmed, with costs, on the opinion of HISCOCK, J., delivered at trial term. See 41 N. Y. Supp. 230.

KINGSLEY, Respondent, v. CARLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 24, 1897.) Action by Wellington W. Kingsley against Frank M. Carle. No opinion. Motion denied, without costs.

KOENIG et al., Respondents, v. BLOOMGARTEN, Appellant. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) Action by Edward Koenig and others against Henry Bloomgarten. No opinion. Appeal from order dismissed, without costs to either party. Judgment of the county court reversed, and that of the justice affirmed, with costs.

KOLB, Appellant, v. SCHMIDT, Respondent. (Supreme Court, Appellate Division, First Department. May 14, 1897.) Action by Theodore Kolb against Sigmund A. Schmidt. I. L. Bamberger, for appellant. A. H. Parkhurst, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

KRATZER, Respondent, v. WILLIAMS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Thomas Kratzer against Louisa Williams. No opinion. Judgment affirmed, with costs.